# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **AMENDED ORDER FOR TEMPORARY** |
| | ) | **RELEASE OF JONATHAN JAMES SMITH** |
| vs. | ) | |
| | ) | |
| Jonathan James Smith, | ) | Case No. 4:12-cr-205 |
| | ) | |
| Defendant. | ) | |

The defendant, Jonathan James Smith, shall be temporarily released from the Burleigh County Detention Center in Bismarck, North Dakota, to the custody of his Attorney, Assistant Public Defender Heather Mitchell, and/or another individual from the North Dakota Federal Public Defender's Office, no earlier that Tuesday, April 2, 2013 at 9:00 A.M. (CST). The defendant is being released to attend a chemical dependency evaluation scheduled for April 2, 2013 at 10:00 A.M. at ADAPT, 515 East Main Avenue, Suite 8, Bismarck, North Dakota. The defendant shall return to the Burleigh County Detention center immediately upon completion of the evaluation. The defendant shall refrain from using any alcohol or illegal substances while released from the correctional facility. The failure of defendant to report back to the correctional facility will result in the issuance of a warrant for his arrest.

Dated this 2nd day of April, 2013.

                                                  */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr., Magistrate Judge
                                                United States District Court