# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) ) | **ORDER FOR RELEASE OF JONATHAN JAMES SMITH** |
| vs. | ) ) | |
| Jonathan James Smith, | ) ) | Case No. 4:12-cr-205 |
| Defendant. | ) | |

The defendant, Jonathan James Smith, shall be released from the Burleigh County Detention Center in Bismarck, North Dakota, to the custody Morgan Lone Bear no earlier than Sunday, April 7, 2013 at 4:00 PM (CST). Defendant's release shall be subject to the conditions listed in the "Amended Order Setting Conditions of Release" dated April 5, 2013.

Dated this 5th day of April, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court